1

2

3

4

5

6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7  JAMES PAUL OTTERSON,                          Case No. 2:21-cv-02135-JAD-NJK

8         Plaintiff(s),                          **Order**

9  v.                                            [Docket Nos. 29-30]

10 INTERMOUNTAIN HEALTH, INC., et al.,

11        Defendant(s).

12        Pending before the Court is Plaintiff's emergency motion for zoom call and Defendant's

13 motion to strike.  Docket Nos. 29-30.

14        As to the first motion, Plaintiff seeks a zoom call to discuss Defendant's contention that a

15 settlement was reached.  *See* Docket No. 29.  That request will be denied.  To the extent Plaintiff

16 would like to contest Defendant's contention that there is a settlement, he must do so by opposing

17 *in writing* any motion to enforce settlement.[1]  That written opposition must be complete and

18 provide all of Plaintiff's arguments that he would like the Court to consider.

19        As to the second motion, Defendant seeks to strike the motion for zoom call on the grounds

20 that it reveals settlement information.  Docket No. 30.  The motion to strike will be granted.  Parties

21 must generally refrain from publicly disclosing settlement information.  *See* Local Rule 16-5.  To

22 the extent there is a dispute as to the existence of a settlement, the parties must file such information

23 under seal with a concurrent motion to seal explaining why the pertinent standards are met for

24 sealing.  *See* Local Rule IA 10-5.  The Court will then determine whether those communications

25

26

27        [1] Concurrently herewith, the Court is issuing an order denying without prejudice
   Defendant's motion to enforce settlement.  To the extent such motion is renewed, however,
28 Plaintiff must file a written response rather than simply seeking a hearing.

1

will in fact remain sealed.  Local Rule 16-5.  Hence, it is for the Court and not for any particular party to determine whether such information should be publicly known.

Accordingly, the Court **DENIES** Plaintiff's emergency motion for a zoom call (Docket No. 29) and **GRANTS** Defendant's motion to strike (Docket No. 30).

IT IS SO ORDERED.

Dated: April 1, 2022

_____
Nancy J. Koppe
United States Magistrate Judge