UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES PAUL OTTERSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>INTERMOUNTAIN HEALTH, INC., et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-02135-JAD-NJK<br><br>**Order**<br><br>[Docket No. 37] |

Pending before the Court is Defendant's motion to seal documents. Docket No. 37. The exhibits at issue were not filed under seal contemporaneously with the motion to seal, *see* Local Rule IA 10-5(a), so the Court is unable to review them to resolve the motion.[1] Accordingly, Defendant must file the subject exhibits under seal by April 15, 2022.[2]

IT IS SO ORDERED.

Dated: April 11, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Placeholders for the exhibits were filed with the motion to enforce settlement, but the exhibits were not separately filed under seal.

[2] The Court expresses no opinion as to whether the exhibits will be allowed to remain under seal, as that will be determined when the Court resolves the motion to seal.

1