# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES PAUL OTTERSON,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>INTERMOUNTAIN HEALTH, INC., et al.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-02135-CDS-NJK<br><br>**Order** |

Pending before the Court is Defendant's reply brief to its motion to enforce settlement in which Defendant contends that Plaintiff has confirmed a settlement in written correspondence. Docket No. 42 at 2. The attached declaration indicates that the communications will be provided for "*in camera* inspection" upon judicial request. Docket No. 41-2 at ¶ 5. *In camera* review is disfavored and is properly limited to narrow circumstances. *See, e.g.*, *Diamond State Ins. Co. v. Rebel Oil Co.*, 157 F.R.D. 691, 700 (D. Nev. 1994). Moreover, the Court has already specified in this case that submission of settlement discussions for judicial review should be made by filing documents under seal with a concurrent motion to seal. Docket No. 35 at 1 n.1. No explanation has been advanced as to why the instant communications should be handled differently. Accordingly, Defendant must file the identified communications in a sealed notice by May 6, 2022, along with a concurrently filed motion to seal the communications.

IT IS SO ORDERED.

Dated: May 4, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1