SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletree.com
ELODY C. TIGNOR
Nevada Bar No. 15663
elody.tignor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Intermountain Healthcare, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES PAUL OTTERSON,<br><br>Plaintiff,<br><br>vs.<br><br>INTERMOUNTAIN HEALTHCARE, INC., CENTERWELL SENIOR PRIMARY CARE, DR. EDWARD CLARK and DR. LAURA ADDIS,<br><br>Defendants. | Case No. 2:21-cv-02135-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff James Paul Otterson ("Plaintiff") and Defendants Intermountain Healthcare, Inc. ("Intermountain" or "Defendant"), and through their respective undersigned counsel, that all claims Plaintiff had, or may have had, against Defendant that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

///

///

///

///

1  Each party is to bear their own fees and costs.

2  DATED this 22nd day of May, 2022.  DATED this ____ day of April, 2022.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ James Paul Otterson
James Paul Otterson
6805 York Place North
Brooklyn Center, MN 55419
*In Pro Per*

/s/
Suzanne L. Martin
Nevada Bar No. 8833
Elody C. Tignor
Nevada Bar No. 15663
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
*Attorneys for Defendant Intermountain Healthcare, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

_____
DATE

- 2 -

Each party is to bear their own fees and costs.

DATED this ___ day of April, 2022.

/s/
James Paul Otterson
6805 York Place North
Brooklyn Center, MN  55419
*In Pro Per*

IT IS SO ORDERED.

DATED this 23rd day of May, 2022.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Suzanne L. Martin*
Suzanne L. Martin
Nevada Bar No. 8833
Elody C. Tignor
Nevada Bar No. 15663
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
*Attorneys for Defendant Intermountain Healthcare, Inc.*

**ORDER**

_____
UNITED STATES DISTRICT COURT JUDGE

May 31, 2022
DATE